LEONARDO M. RAPADAS
United States Attorney
JAMIE D. BOWERS
Assistant U.S. Attorney
3rd Floor, Horiguchi Building
Saipan, MP 96950
TEL: (670) 236-2986
FAX: (670) 236-2985

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
SEP 15 2005
MARY L.M. MORAN
CLERK OF COURT

FILED
Clerk
District Court

For The Northern Mariana Islands
By _____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> YOUNG JU KWON, <br><br> Defendant. | CRIMINAL CASE NO. 04-00036 <br> (Guam Case No. 04-00047-02) <br><br> **Consent to Rule 20 Transfer for Plea and Sentence** |

Pursuant to Rule 20(a) of the Federal Rules of Criminal Procedure, the defendant, with advice of counsel and the aid of an interpreter; and the government, through Assistant United States Attorney, Jamie D. Bowers, hereby agree and consent that the above captioned case, originally charged by indictment in the district of Guam, may be transferred to the district of the Northern Mariana Islands for Prosecution.

The defendant agrees to waive trial in the district of Guam and wishes to plead guilty and to be sentenced accordingly in the district of the Northern Mariana Islands.

The United States Attorney for the districts of Guam and the Northern Mariana Islands hereby approves said transfer.

A TRUE COPY
certified this 15th day of Sept, 2005
(Deputy Clerk)

-1-

| | | |
|---|---|---|
| 1 | DATED: 12/17/04 | __KWON__<br>YOUNG JU KWON |
| 2 | | |
| 3 | | |
| 4 | DATED: 12/17/04 | _____<br>DANILO T. AGUILAR<br>Attorney for Defendant |
| 5 | | |
| 6 | | |
| 7 | DATED: 12/17/04 | _____ |
| 8 | | Interpreter for Defendant CHO, JIN KOO |
| 9 | | |

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

DATED: 12/17/4   _____
JAMIE D. BOWERS
Assistant U.S. Attorney