stevekimunseal

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 04-00047 |
| Plaintiff, | |
| vs. | APPLICATION TO UNSEAL RECORD |
| STEVE KIM, JOE YOUNG PARK, YOUNG JU KWON, and SANG MEE CHUN, | |
| Defendants. | |

COMES NOW the United States and moves this Honorable Court for an Order unsealing the record in the above-entitled cause for the reason that the investigation in this case is now complete and there is no further reason for these proceedings to remain secret.

Respectfully submitted this 20th day of October 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
FREDERICK A. BLACK
Assistant U.S. Attorney

FILED
DISTRICT COURT OF GUAM
OCT 20 2006
MARY L.M. MORAN
CLERK OF COURT